United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBINO BONIFACIO MERINO MACHUCA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-855 |
| | § | |
| CARLOS CISNEROS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Albino Bonifacio Merino Machuca filed this habeas action while detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas (Petition, Doc. 1). On September 29, 2026, Respondents filed a Motion to Dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). (Motion, Doc. 8) Respondents also represented that Petitioner had been removed from the United States to Mexico on September 28, 2026. (*Id.*) Petitioner did not file a response to the Government's Motion to Dismiss.

The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Respondents' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 8) is **GRANTED**; and

**ORDERED** that Plaintiff Albino Bonifacio Merino Machuca's causes of action against Respondents are **DISMISSED WITH PREJUDICE**.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on October 20, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge